

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 4 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| HOPE MONTEMAGNO, | Civil Action No. 6:15-cv-02270-RTH-PJH |
| Plaintiff, | |
| v. | JUDGE HAIK |
| LOUISIANA RECOVERY SERVICES, INC.; and DOE 1-5 | MAGISTRATE JUDGE HANNA |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY FEES

On August 24, 2015, Plaintiff filed suit against Defendant alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.). Defendant LOUISIANA RECOVERY SERVICES, INC. was served on September 23, 2015. Plaintiff filed a Request for Entry of Default, which the Court entered on October 19, 2015. Defendant did not move to set aside the Entry of Default or otherwise appear. Plaintiff now moves for entry of default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

### PLAINTIFF'S COMPLAINT SUPPORTS A CLAIM FOR RELIEF

Plaintiff's allegations are sufficient to show that Defendants violated the Fair Debt Collection Practices Act. Plaintiff's allegations may be taken as true in the absence of Defendants' response.

### DAMAGES

The Fair Debt Collection Practices Act provides for statutory damages as the court may allow, but not exceeding $1,000; any actual damage sustained by such person, and the costs of the action, together with a reasonable attorney's fee as determined by the court. (15 U.S.C. 1692k). Plaintiff seeks $1,000.00 in statutory damages, $141.05 in costs, and $3,622.50 in attorney's fees. Plaintiff has sufficiently pled violations of the 15 U.S.C. 1692d and 1692b(3), and may therefore recover $1,000.00 pursuant to 15 U.S.C. 1692k(a)(2)(A). Plaintiff's counsel has submitted a detailed billing summary accounting for $141.05 in costs, and $3,622.50 in attorney's fees. Commensurate with the average hourly rate in the region, Plaintiff's attorneys' rate and therefore calculated fees are found to be reasonable.

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff HOPE MONTEMAGNO and against LOUISIANA RECOVERY SERVICES, INC. in the amount of $4,763.55.

IT IS SO ORDERED.

_____January 14, 2016_____  
Date

_____/s/ Richard T. Haik_____  
RICHARD T. HAIK, SR.  
United States District Judge